UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRENCE THOMAS | CIVIL ACTION |
| VERSUS | NO: 06-10727 |
| BURL CAIN, WARDEN | SECTION: R(6) |

**ORDER**

The Court, having reviewed de novo the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. In petitioner Thomas Cain's objections to the Magistrate Judge's Report and Recommendation, he has chosen to abandon all of his unexhausted claims. (R. Doc. 17).

In accordance with the Magistrate Judge's Report and Recommendation, the Court ORDERS that the petition of Terrence Thomas for issuance of a writ for habeas corpus under 28 U.S.C. § 2254, is hereby REMANDED back to the Magistrate Judge for consideration of all exhausted claims.

New Orleans, Louisiana, this __23rd__ day of October, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE